IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01495-JLK-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$57,588.00 IN UNITED STATES CURRENCY,

      Defendant.

_____

## DEFAULT JUDGMENT

      Pursuant to and in accordance with Federal Rules of Civil Procedure 55(b) and the Default and Final Order of Forfeiture entered by the Honorable John L. Kane, the following JUDGMENT is hereby entered:

      1.    That default and forfeiture of defendant $57,588.000 in United States currency, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

      2.    That the United States shall have full and legal title as to defendant $57,588.00 in United States currency and may dispose of said property in accordance with law;

3. That the Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant $57,588.00 in United States currency under 28 U.S.C. § 2465.

Dated at Denver, Colorado this 2nd day of February, 2016.

                                         JEFFREY P. COLWELL
                                         Clerk of the U.S. District Court

                                       By: s/Bernique Abiakam

                                         Deputy Clerk